THE UNITED NEW JERSEY RAILROAD AND CANAL COMPANY et al., respondents,

*v.*

THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON, appellant.

[Decided October 11th, 1918.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported *ante p. 95.*

*Messrs. Vredenburgh, Wall & Carey,* for the respondents.

*Mr. John J. Fallon,* for the appellant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—12.

*For reversal*—None.